Job J. **THYKKUTTATHIL** and Corvilia C. **Thykkuttathil** (on behalf of themselves and G.M. **THYKKUTTATHIL**, a Minor Child), Plaintiffs–Appellants,

v.

**UNITED STATES**, Defendant–Appellee.

No. 2010–5016.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2010.

Job J. Thykkuttathil and Corvilia C. Thykkuttathil, of Renton, WA, pro se.

William G. Kanellis, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were Jeanne E. Davidson, Director, and Kenneth M. Dintzer, Assistant Director.

RADER, Chief Judge, NEWMAN, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**